

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00128-CV

_____

IN THE INTEREST OF CHILDREN

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court No. 2010-492

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

John H. Jacobs, appellant, filed his notice of appeal December 1, 2010.

The clerk's record was filed January 7, 2011, and the reporter's record was filed April 15, 2011. Jacobs' brief was therefore due May 16, 2011. Jacobs requested one extension of time to file the brief, which was granted to June 15. When neither a brief nor a second motion to extend time for filing the same had been filed by July 15, we contacted Jacobs by letter and informed him that if a brief had not been filed by August 1, 2011, the appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Jacobs. Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.


Bailey C. Moseley
Justice

Date Submitted:     September 1, 2011
Date Decided:       September 2, 2011

2